## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## AT MARTINSBURG

TERRY W. CHAMBERS;
FIRST PRIORITY MEDICAL CHOICE, INC.;
TRI-STATE PHYSICIAN MANAGEMENT, INC.;
CHESTNUT CONSTRUCTION, INC.; and
PENDLETON DEVELOPERS, LTD.

     **Plaintiffs,**

**v.**                                     **CIVIL ACTION NO. 3:15-CV-00043-GMG**

CONTINENTAL CASUALTY COMPANY,

     **Defendant.**

### NOTICE OF VOLUNTARY DISMISSAL

As provided by Fed. R. Civ. P. 41(a)(1), Plaintiffs Terry W. Chambers, First

Priority Medical Choice, Inc., Tri-State Physician Management, Inc., Chestnut

Construction, Inc., and Pendleton Developers, Ltd., by counsel, give notice of the

voluntary dismissal of this action. Plaintiffs represent that Defendant Continental

Casualty Company has served neither an answer nor a motion for summary

judgment.

**TERRY W. CHAMBERS, FIRST PRIORITY MEDICAL CHOICE, INC., TRI-STATE PHYSICIAN MANAGEMENT, INC., CHESTNUT CONSTRUCTION, INC., AND PENDLETON DEVELOPERS, LTD.**
**By Counsel**

/s/ Jeffrey V. Mehalic_____
Jeffrey V. Mehalic (WV State Bar No. 2519)
Law Offices of Jeffrey V. Mehalic
364 Patteson Drive, #228
Morgantown, WV 26505-3202
(304) 346-3462
*Counsel for Plaintiffs Terry W. Chambers,*
*First Priority Medical Choice, Inc.,*
*Tri-State Physician Management, Inc.,*
*Chestnut Construction, Inc. and*
*Pendleton Developers, Ltd.*

2